# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTUAN WILLIAMS**                                                                                     **PLAINTIFF**
**ADC #151064**

V.                                       No. 4:25-cv-00128-BRW

**LATASHIA TAYLOR**                                                                              **DEFENDANT**

## ORDER

I have received a Recommendation (Doc. No. 5) from United States Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Williams's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Williams's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. His motion to amend (Doc. No. 6) is MOOT.

I recommend that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certify that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED this 17th day of March, 2025.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE